**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| LA NICA PRODUCTS, INC. and<br>ALBERTO BLACKWOOD, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:26-cv-21290-DSL |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ANSWER**

Defendant Internal Revenue Service responds to the Complaint as follows.

**Introduction**

1.      The Service admits that Plaintiffs seek to compel the Service to disclose records. The Service denies any remaining allegations of Paragraph 1.

2.      The Service denies the allegations of Paragraph 2.

3.      The Service admits the allegations of Paragraph 3.

**Jurisdiction and Venue**

4.      The Service admits the allegations of Paragraph 4.

5.      The Service admits the allegations of Paragraph 5.

**Parties**

6.      The Service lacks information or knowledge to respond to the allegations of Paragraph 6.

7.      The Service lacks information or knowledge to respond to the allegations of Paragraph 7.

1

8. The Service lacks information or knowledge to respond to the allegations of Paragraph 8.

9. The Service admits the allegations of Paragraph 9.

## Background

10. The Service admits the allegations of Paragraph 10 to the extent that Paragraph 10 accurately reflects the contents of the statute cited therein. The Service denies any remaining allegations of Paragraph 10.

11. The Service admits the allegations of Paragraph 11 to the extent that Paragraph 11 accurately reflects the contents of the statute cited therein. The Service denies any remaining allegations of Paragraph 11.

## Factual Allegations

12. The Service admits the allegations of Paragraph 12.

13. The Service admits the allegations of Paragraph 13.

14. The Service admits the allegations of Paragraph 14.

15. The Service admits the allegations of Paragraph 15.

16. The Service admits the allegations of Paragraph 16.

17. The Service admits the allegations of Paragraph 17.

18. The Service admits the allegations of Paragraph 18.

19. The Service admits the allegations of Paragraph 19.

20. The Service admits the allegations of Paragraph 20.

21. The Service admits the allegations of Paragraph 21.

22. The Service admits the allegations of Paragraph 22.

23. The Service admits the allegations of Paragraph 23.

24. The Service denies that the letter referenced in Paragraph 24 was sent by fax dated February 10, 2025. The Service admits the remaining allegations of Paragraph 24.

25. The Service admits the allegations of Paragraph 25.

26. The Service admits the allegations of Paragraph 26.

27. The Service admits the allegations of Paragraph 27.

28. The Service admits the allegations of Paragraph 28.

29. The Service lacks information or knowledge to respond to the allegations of Paragraph 29.

30. The Service lacks information or knowledge to respond to the allegations of Paragraph 30.

31. The Service admits the allegations of Paragraph 31.

32. The Service admits the allegations of Paragraph 32.

33. The Service admits the allegations of Paragraph 33.

34. The Service lacks information or knowledge to respond to the allegations of Paragraph 34.

35. The Service lacks information or knowledge to respond to the allegations of Paragraph 35.

### Exhaustion of Administrative Remedies

36. The Service admits the allegations of Paragraph 36.

37. The Service admits the allegations of the first sentence of Paragraph 37. The Service lacks information or knowledge to respond to the allegations of the second sentence of Paragraph 37.

38.     To the extent that this paragraph states Plaintiffs' personal views, the Service lacks information or knowledge to respond to the allegations of Paragraph 38. To the extent that a specific response is required, the Service denies the allegations of Paragraph 38.

### Count 1

39.     The Service incorporates its responses to Paragraphs 1 through 38 in response to Paragraph 39.

40.     The Service lacks information or knowledge to respond to the allegations of Paragraph 40.

41.     The Service denies the allegations of Paragraph 41.

42.     The Service denies the allegations of Paragraph 42.

43.     The Service admits the allegations of Paragraph 43.

No response is required as to the remainder of the Complaint because it is a prayer for relief. The Service denies all allegations not otherwise specifically admitted, qualified, or denied.

### Affirmative Defenses

1.     Plaintiffs are only entitled to responsive documents to which no FOIA exemptions apply.

2.     The Service is entitled to withhold from disclosure certain records or portions of records pursuant to 5 U.S.C. § 552(b).

3.     Plaintiffs are not entitled to any relief beyond that explicitly provided for under the FOIA.

4.     Plaintiffs are neither eligible for, nor entitled to, an award of attorneys' fees and costs.

WHEREFORE, having responded to Plaintiffs' Complaint, the Service prays that this Court dismiss Plaintiffs' Complaint with prejudice, grant the Service its costs of defense, and grant such other relief as may be deemed just and proper under the circumstances.


Dated: April 6, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Anna A. Miller*
ANNA A. MILLER
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 257-7595
Fax: (202) 514-6866
Anna.A.Miller@usdoj.gov

*Counsel for the Internal Revenue Service*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

/s/ Anna A. Miller
ANNA A. MILLER
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice