UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO. 1-26-cv-21290**

_____

LA NICA PRODUCTS, INC. and
ALBERTO BLACKWOOD,

      Plaintiffs,

      v.

INTERNAL REVENUE SERVICE,

      Defendant.

_____

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, La Nica Products, Inc., affirms that it has no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations owning 10% or more of its stock. Plaintiff identifies the following interested parties:

1.  La Nica Products, Inc.

2.  Alberto and Maria Blackwood.

3.  The United States, a governmental entity.

4.  Counsel for all parties involved in this litigation.

Dated: May 1, 2026

Respectfully submitted,

Karen J. Lapekas
Florida Bar No. 57527
Karen@LapekasLaw.com

LAPEKAS LAW, P.A.
4000 Ponce De Leon Suite 470
Coral Gables, FL 33146
Phone: (305) 600-1485
Fax: (305) 600-1334